IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICK DAVIES,<br><br>                Plaintiff,<br><br>vs.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>                Defendant. | 8:14CV235<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 24). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and Defendant's Motion for Summary Judgment (Filing No. 14) will be dismissed as moot. The parties will bear their own costs. Accordingly,

    IT IS ORDERED:

1. The parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 24) is approved;

2. The above-captioned action is dismissed with prejudice;

3. Defendant's Motion for Summary Judgment (Filing No. 14) is dismissed as moot; and

4. The parties will bear their own costs.

Dated this 16th day of April, 2015

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp
                                                    Chief United States District Judge